KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ONESSIMO VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 2:14-CV-01547-EFB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

　　　Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests an first extension of time to for 45 days, with a due date of January 12, 2015.

Page 1　　MOTION
　　　　　[2:14-CV-00072-DAD]

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 30, 2014:  /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated December 1, 2014:  s/ KELSEY M. BROWN for Tova Wolking
TOVA WOLKING
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above.  ~~Plaintiff's confidential letter brief~~ **Plaintiff's motion for summary judgment** is now due on January 12, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 8th day of December, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
[2:14-CV-00072-DAD]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968