KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| ONESSIMO VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 2:14-CV-01547-EFB<br><br>AMENDED STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　　The parties hereby move, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's Opening Brief.

　　　　Counsel for the Plaintiff has fallen ill and is unable to complete the Opening brief at this time and needs a few extra days to heal and draft the brief. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests a second extension of time of 4 days, with a due date of January 16, 2015.

Page 1　　MOTION
　　　　　[2:14-CV-01547-EFB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

Plaintiff's counsel attempted to get a stipulation from the attorney of record Tova Wolking, but his automated email indicates he will be out of the office until January 19, 2015. Plaintiff's counsel contacted the attorney covering Mr. Wolking cases, Paul Sachelari. Mr. Sachelari indicated that although not noticed with the ECF, that Richard Rodriguez is handling this case. Despite attempts, Plaintiff's counsel was unable to get ahold of Mr. Rodriguez prior to the end of the day.

Plaintiff's counsel has since been able to get ahold of opposing counsel, who agreed to this stipulated amended motion.

The Plaintiff requests that the Court's Scheduling Order shall be modified accordingly.

Dated January 13, 2015:	/s/ Kelsey M Brown
	KELSEY MACKENZIE BROWN CA #263109
	Dellert Baird Law Offices, PLLC
	PO Box 3757
	Silverdale, WA 98383
	(360) 329-6968
	Attorney for Plaintiff


Dated January 13, 2014:	s/ KELSEY M. BROWN for Tova Wolking
	TOVA WOLKING
	(per e-mail authorization of Richard Rodriguez)
	Special Assistant U.S. Attorney
	Office of the General Counsel

	Of Attorneys for Defendant

Page 2    MOTION
         [2:14-CV-01547-EFB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

ORDER

The Court adopts the Plaintiff's motion as outlined above. Plaintiff's Opening brief is now due on January 16, 2015. The Court's Scheduling Order (Doc. 5) is modified accordingly.

IT IS SO ORDERED.

DATED: January 14, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Page 3   MOTION
         [2:14-CV-01547-EFB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968