BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESSIMO VASQUEZ,<br><br>    Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-01547-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that Defendant shall have a first extension of time of thirty (30) days to file a response to Plaintiff's Motion for Summary Judgment and Supporting Memorandum of Points and Authorities so that the parties can engage in settlement discussions.

\\\

\\\

\\\

\\\

Defendant's current due date is February 16, 2015. The new date will be March 18, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly should the matter not settle.

                    Respectfully submitted,

DATE: January 29, 2015      By:    /s/ Kelsey Mackenzie Brown*
                                                 KELSEY MACKENZIE BROWN
                                                 (*As authorized via email)
                                                 Attorney for Plaintiff

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

DATE: January 29, 2015      By:    /s/ Tova D. Wolking
                                                 TOVA D. WOLKING
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant Carolyn W. Colvin

Of Counsel:

RICHARD RODRIGUEZ
Assistant Regional Counsel

                                                ORDER

IT IS SO ORDERED.

DATED:  February 2, 2015.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE