1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT,
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney
5           160 Spear Street, Suite 800
            San Francisco, California 94105
6           Telephone: (415) 977-8937
            Facsimile: (415) 744-0134
7           E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9

10                          UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12                              SACRAMENTO DIVISION

13   ONESSIMO VASQUEZ,                    )   Case No. 2:14-CV-01547-EFB
                                          )
14                Plaintiff,              )   STIPULATION TO VOLUNTARY
              v.                          )   REMAND PURSUANT TO SENTENCE
15                                        )   FOUR OF 42 U.S.C. § 405(g) AND TO
                                          )   ENTRY OF JUDGMENT FOR PLAINTIFF
16   CAROLYN W. COLVIN,                   )
     Acting Commissioner of Social Security, )
17                                        )
                  Defendant.              )
18                                        )
19

20         IT IS HEREBY STIPULATED by and between the parties, through their undersigned

21   attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed

22   to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

23         Upon remand, the Office of Disability Adjudication and Review (ODAR) will remand this

24   case to an Administrative Law Judge (ALJ).

25         ODAR will direct the ALJ to further evaluate Plaintiff's mental impairments, and

26   reconsider whether they are medically determinable, severe, or nonsevere.

27         ODAR will direct the ALJ to obtain additional evidence from a psychological medical

28   expert and further evaluate the medical opinions of record.

Vasquez v. Colvin, 2:14-cv-01547-EFB – Jt. Stip. Remand                              1

1    ODAR will direct the ALJ to evaluate Plaintiff's substance abuse under Social Security

2  Ruling (SSR) 13-2p *available at* 2013 WL 1221979.

3    ODAR will direct the ALJ to further evaluate the credibility of Plaintiff's subjective

4  complaints under SSR 96-7p *available at* 1996 WL 374186.

5    ODAR will direct the ALJ to further evaluate Plaintiff's residual functional capacity,

6  throughout the period at issue.

7    ODAR will direct the ALJ as warranted to obtain additional vocational expert evidence, if

8  necessary.

Respectfully submitted,

9

10  Date: February 19, 2015                    */s/Kelsey Mackenzie Brown*
                                               KELSEY MACKENZIE BROWN
11                                             Attorney at Law
                                               Attorney for Plaintiff
12                                             *By email authorization on February 18, 2015

13  Date: February 19, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
14

15                             By:    */s/Elizabeth Firer*
                                      ELIZABETH FIRER
16                                    Special Assistant United States Attorney
                                      Attorneys for Defendant
17

18  OF COUNSEL:
    RICHARD M. RODRIGUEZ
19  Assistant Regional Counsel

20
                                      ORDER
21

22  APPROVED AND SO ORDERED.

23  DATED:  February 23, 2015.
                                      _____
24                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28