KELSEY MACKENZIE BROWN, CA 263109
Dellert Baird Law Office, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:	360-329-6968
Fax:	360-329-6968
Email:	Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESSIMO VASQUEZ,   ) | |
| ) | Case No. 2:14-cv-01547-EFB |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EAJA FEES AND** |
| ) | **EXPENSES** |
| CAROLYN W. COLVIN,   ) | |
| Acting Comm'r of Social Security,   ) | |
| ) | |
| Defendant,   ) | |
| _____   ) | |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND TWO HUNDRED dollars and ZERO cents ($6,200.00).

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine whether they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such checks shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

Respectfully submitted,

Date:  May 22, 2015

KELSEY MACKENZIE BROWN
Attorney at Law

*/s/Jacqueline A. Forslund*
For KELSEY MACKENZIE BROWN
Attorney for Plaintiff

Date:  May 26, 2015

BENJAMIN WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

*/s/\*Richard Rodriguez*
RICHARD RODRIGUEZ
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  June 1, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Vasquez v. Colvin**                                **Stipulation and ~~Proposed~~ Order for EAJA Fees**
**E.D. Cal. 2:14-cv-01547-EFB**